B6/3

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 4-5-17
Offender: Terence Woods
ID#: B-15395
Present Facility: Stateville C.C.
Facility where grievance issue occurred: Stateville C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ ADA Disability Accommodation
☐ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☒ Other _Prison Conditions_

☐ Disciplinary Report: ____ / ____ / ____
    Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent documents (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED STATEVILLE C.C. 1466 JUN 05 2017 GRIEVANCE DEPARTMENT

RECEIVED AUG 0 2 2017 ADM REVIEW

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

The Mold levels are so high in the School/Law Library Building that you can see and smell it clearly. I have been enrolled in School for approximately 6 years, on and off, and the Mold has gotten progressively worse during this time. Whereas, students cannot sit in the classroom without becoming light-headed, Coughing and Nose beginning to run. It has gotten to the point that on the above date I had to be examined by the Prison eye doctor, because for a year or so I've been experiencing eye irritation; eye pain, changes in vision, and redness and...

**Relief Requested:** Compensatory and Punative damages; and that the conditions in the School Building/Other Buildings be rectified immediately. I expect no retaliatory practices to stem as a direct or indirect result of filing this grievance.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: _Woods_   ID#: B-15395   Date: 5/24/17

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: 5/26/17   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: If aggrievant felt Mold present in his living unit or any area where directed to reside for any duration of time, he should contact a unit staff so a work order can be submitted. Grievant has not provided any pertinent documentation that Mold caused his eye condition.
J. Butler-Winters
Print Counselor's Name: J. Butler-Winters   Signature: J. Butler-Winters   Date: 5/29/17

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ___/___/___

PLAINTIFF'S EXHIBIT A

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

...Swelling in my eye-lids. During this examination the Eye Doctor informed me, that my Inter-Vestis in my left eye is more enlarged than normal and asked if I was around Mold? because Mold is what is causing my eyes irritation.

I was placed on two different Medications: (Ketotifen Fumarate Ophthalmic Solution) and (Artificial Tears).

The Mold is the Cause of my Eye sickness. And the Mold is not just in the School Building, but all throughout this Prison, including the Cellhouses and the Showers. Black Mold doesn't just attack a persons Respiration, but also other organs throughout the body by causing the disintegration of Organic Matter. xxx