Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: Woods, Lunance                                                                11/21/17
ID#: B15395                                                                              Date
Facility: Stateville

This is in response to your grievance received on 10/23/17. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 12/16/16   Grievance Number: H1186   Griev Loc: Stateville

☐ Transfer denied by the Facility
☐ Dietary
☐ Personal Property
☐ Mailroom/Publications
☐ Assignment (job, cell)
☐ Commissary / Trust Fund
☐ Conditions (cell conditions, cleaning supplies, etc.)
☐ Disciplinary Report: Dated: _____ Incident # _____
☑ Other: Medical - treatment for knee (MRI, low bunk permit, outside physician visit)

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

☐ Other: The actual treatment ordered is not within jurisdiction of this office and must be ordered by the attending physician.

FOR THE BOARD: Debbie Knauer
Administrative Review Board

CONCURRED: John R. Baldwin
Acting Director

CC: Warden, Stateville Correctional Center
    Woods, ID# B15395

Mission: To serve justice in Illinois and increase public safety by promoting positive ch[ange in] offender behavior, operating successful reentry programs, and reducing victimizat[ion]

www.illinois.gov/idoc

**PLAINTIFF'S EXHIBIT C**

**Knauer, Debbie**

**From:** Utke, Tiffany
**Sent:** Wednesday, November 29, 2017 10:35 AM
**To:** Knauer, Debbie
**Subject:** RE: Terrance Woods B15395

Per the clinic note, mold was a suspect but did not say where the mold was. I believe this is all self-reporting from the offender. He has been seen multiple time regarding his issues. He was seen on these dates. 9/6, 9/20, 10/30, 11/13, and 11/27.

---

**From:** Knauer, Debbie
**Sent:** Wednesday, November 29, 2017 9:53 AM
**To:** Miller, Michelle R.
**Cc:** Utke, Tiffany
**Subject:** RE: Terrance Woods B15395

Please advise as I am unable to finalize the grievance without your response.

Debbie Knauer

---

**From:** Knauer, Debbie
**Sent:** Wednesday, October 18, 2017 9:19 AM
**To:** Miller, Michelle R.
**Cc:** Utke, Tiffany; Connors-Johnson, Debra
**Subject:** Terrance Woods B15395

I am reviewing a grievance from Woods dated 5/24/17 wherein he states the mold in the school/law library as caused him numerous health issues with the latest issue being eye pain and irritation. The G.O. response states the optometrist exam indicates "suspect mold as etiology of eye allergies". Can you tell me what treatment he has received and if the mold is what caused the eye irritation?

Thanks

Debbie Knauer
Office of Inmate Issues
Administrative Review Board
217-558-2200 Ext. 2035
Fax 217-522-1957

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

1

B613

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Optometric Examination**

**RECEIVED AUG 02 2017 ADMINISTRATIVE REVIEW BOARD**

_____Stateville_____ Center

☐ Baseline ☐ Annual
Date: 4/5/17
Time: 1215 ☐ a.m. ☒ p.m.

**Offender Information:**
Last Name: Woods
First Name: Terrance
MI: ___
ID#: B15395

**Chief Complaint:** Eye irritation O.U.

**HPI:**
Location:
Duration:
Onset:
Severity:
Timing:
Modifiers:

**Ocular History:**
☐ Cataracts:
☐ Glaucoma:
☐ Disease:
☐ Trauma/Surgery:
☐ Strabismus:
☐ Amblyopia:

**Medical History:** ☐ NIDDM ☐ IDDM ☐ Hypertension ☐ Other:
**Visual Acuity:**
Uncorrected Distance: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/
Uncorrected Near: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/

**Habitual Rx:** OD _____ 20/ Type: ☐ SV ☐ Bifocal
OS _____ 20/ Date: / /
**Refraction:** OD _____ 20/ Type: ☐ SV ☐ Bifocal
OS _____ 20/ Date: / /
**Near:** OD _____ 20/ Type: ☐ SV ☐ Bifocal
OS _____ 20/ Date: / /

**Pupils:** ☐ Round ☐ Equal ☐ Responds to Light/Accommodation ☐ APD
**Motilities:** ☐ Full ☐ Abnormal Confrontational Fields: ☐ Full ☐ Abnormal
**Tonometry:** ☐ Applanation ☐ Tonopen ☐ NCT OD _____ OS _____ Time: _____

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | RL | |
| Exo | | | Conjuctiva | | RL |
| Tropia | | | Iris/Ant. Chamber | RL | |
| Phoria | | | Lens | | |
| Ortho | | | Lids/Lashes | ↓ | |

Grade 2 Hyperemia O.U.
Blepharoconjunctivitis O.U.

| Ophthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | RL | | | | ☐ Direct |
| Vessels | | | cl | cl | ☐ BIO |
| Macula | | | | | ☐ 78D |
| Periphery | | | | | ☐ 3 mirror |
| Vitreous | ↓ | | | | ☐ Other: |

Cup to disc: OD .25 OS .25 Cup Depth: ☐ Deep ☐ Moderate ☐ Shallow ☐ PE 2.5%, Trop 1%

**Assessment/Plan:**
1. Blepharoconjunctivitis O.U.
2. Suspect mold as etiology of eye allergies
3.
4.
5.

**Medications Ordered:** Ketotifen ophth. Sol & Polyvinyl Alcohol
**Eyeglasses Ordered:** Frame: _____ Size: _____ Color: _____
Rx: OD _____ Add: _____ Seg Height: _____
OS _____ ☐ SV ☐ FT28 ☐ Reading Only PD _____

Timothy J. Fahy, OD
Print Doctor's Name

Doctor's Signature: Timothy J. Fahy, OD

Follow-Up: 3 months

Distribution: Offender's Medical Record
DOC 0081 (Eff. 9/2002)

Printed on Recycled Paper

noted 4-5-17 230p